IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD E. and LESLIE A. CHAMBERS, as GUARDIANS of FERREN CHAMBERS an incapacitated person and RONALD E. and LESLIE A. CHAMBERS, in their own right<br><br>   Plaintiffs,<br><br>            v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA BOARD OF EDUCATION,<br>   Defendant. | :<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 05-2535<br>:<br>:<br>: |

**O R D E R**

AND NOW, this 24th day of October, 2011, upon consideration of the Motion for Partial Summary Judgment filed by the Chambers Plaintiffs (Docket No. 94), the Motion in Limine filed by the Chambers Plaintiffs to permit the testimony of Hearing Officer Rosemary Mullaly at trial or, in the alternative, to admit her written administrative decision into evidence (Docket No. 95), and the Motion for Summary Judgment filed by the Defendant School District of Philadelphia Board of Education (Docket No. 100), and all responses thereto, it is hereby **ORDERED** that:

1. The Motion for Partial Summary Judgment filed by the Chambers Plaintiffs (Docket No. 94) is **DENIED**.

2. The Motion in Limine filed by the Chambers Plaintiffs (Docket No. 95) is **DENIED**.

3.        The Motion for Summary Judgment filed by the Defendant School District (Docket No. 100) is **GRANTED** without prejudice to the Chambers Plaintiffs' rights to apply for leave to re-open and supplement these summary judgment papers to the extent they erred in their understanding as to the "record" on which they could or should base their summary judgment motion and/or as to their obligations to raise such issues.

4.        The Clerk of Court shall enter Judgment in favor of the Defendant School District of Philadelphia Board of Education, and against the Chambers Plaintiffs.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge