**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RONALD E. and LESLIE A.** | : | |
| **CHAMBERS, as GUARDIANS of** | : | **CIVIL ACTION** |
| **FERREN CHAMBERS an incapacitated** | : | |
| **person and RONALD E. and LESLIE** | : | |
| **A. CHAMBERS, in their own right,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| **v.** | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | **No. 05-2535** |
| **PHILADELPHIA BOARD OF** | : | |
| **EDUCATION,** | : | |
| **Defendant.** | : | |

**O R D E R**

AND NOW, this 10th day of August, 2012, following the Court's October 24, 2011

Memorandum and Order (Doc. No.131-132), and upon consideration of the Chambers Plaintiffs'

Motion to Supplement/Reconsider (Doc. No. 141) and other various post-summary judgment

filings (Doc. No. 136, 137, 139, 145, 146, 147, 149), as well as the School District's responses

thereto (Doc. Nos. 144, 148), it is hereby **ORDERED** that:

1.      The Affidavit of Mr. Ronald Chambers and all supporting exhibits not part of the

summary judgment record as of October 24, 2011 (Doc. Nos. 136, 146, 147) are

**STRICKEN** from the record.

2.      The Motion to Supplement/Reconsider filed by the Chambers Plaintiffs (Docket

No. 141) is **DENIED**.

1

3.      The Clerk of Court shall enter Judgment in favor of the Defendant School

District of Philadelphia Board of Education, and against the Chambers

Plaintiffs.

4.      The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:


  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge