IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD E. and LESLIE A. CHAMBERS, as GUARDIANS of FERREN CHAMBERS an incapacitated person and RONALD E. and LESLIE A. CHAMBERS, in their own right, | : : : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA BOARD OF EDUCATION, Defendant. | : : : : | No. 05-2535 |

**O R D E R**

AND NOW, this 10th day of August, 2012, following the Court's October 24, 2011 Memorandum and Order (Doc. No.131-132), and upon consideration of the Chambers Plaintiffs' Motion to Supplement/Reconsider (Doc. No. 141) and other various post-summary judgment filings (Doc. No. 136, 137, 139, 145, 146, 147, 149), as well as the School District's responses thereto (Doc. Nos. 144, 148), it is hereby **ORDERED** that:

1. The Affidavit of Mr. Ronald Chambers and all supporting exhibits not part of the summary judgment record as of October 24, 2011 (Doc. Nos. 136, 146, 147) are **STRICKEN** from the record.

2. The Motion to Supplement/Reconsider filed by the Chambers Plaintiffs (Docket No. 141) is **DENIED**.

3. The Clerk of Court shall enter Judgment in favor of the Defendant School District of Philadelphia Board of Education, and against the Chambers Plaintiffs.

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge