IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD E. and LESLIE A. CHAMBERS, as GUARDIANS of FERREN CHAMBERS an incapacitated person and RONALD E. and LESLIE A. CHAMBERS, in their own right, | : : : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA BOARD OF EDUCATION, Defendant. | : : : : | No. 05-2535 |

# O R D E R

**AND NOW**, this 20th day of October, 2014, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 165), Plaintiffs' Opposition thereto (Docket No. 171), Defendant's Reply (Docket No. 172), and Plaintiffs' Surreply (Docket No. 173), and following oral argument on October 10, 2014, it is **hereby ORDERED** that Defendant's Motion (Docket No. 165) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge